# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

David B. Lemon, Claimant, Respondent,

v.

Mt. Pleasant Waterworks, Employer, and State Accident
Fund, Carrier, Petitioners.

Appellate Case No. 2020-000481

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

*Appeal from the Workers' Compensation Commission*

---

Opinion No. 28027
Heard May 6, 2021 – Filed May 12, 2021

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

Kirsten Leslie Barr, of Trask & Howell, LLC, of Mt.
Pleasant, for Petitioners.

Carl H. Jacobson, of Uricchio Howe Krell, PA, of
Charleston, for Respondent.

---

**PER CURIAM:**   We issued a writ of certiorari to review the court of appeals'
decision in *Lemon v. Mt. Pleasant Waterworks*, 429 S.C. 59, 837 S.E.2d 738 (Ct.

App. 2019).  We now dismiss the writ as improvidently granted.[1]

**DISMISSED AS IMPROVIDENTLY GRANTED.**


**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**

---

[1] Petitioners moved to supplement the record two days prior to oral argument. With Respondent's consent, the motion to supplement the record is granted. However, these additional materials do not affect the disposition of this appeal.